**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2095

JAMES P. MIXON, JR.,

Plaintiff - Appellant,

versus

RUSSELL E. BOOKER, JR., Division of Vital
Records; CHERYL S. ANDREWS, Division of Vital
Records; DEBORAH LITTLE, Division of Vital
Records; HELEN SWORDOUT, Division of Vital
Records,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-98-22-2)

Submitted: September 30, 1998          Decided: October 14, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James P. Mixon, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James P. Mixon, Jr., appeals the district court's order denying in forma pauperis status in his civil action. The denial of in forma pauperis status is an immediately appealable order. <u>See Roberts v. United States District Court</u>, 339 U.S. 844, 845 (1950). We have reviewed the record and the district court's order and find no abuse of discretion. We therefore affirm the order. <u>Mixon v. Booker</u>, No. CA-98-22-2 (E.D. Va. July 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>